IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-790-GCM-DSC

| | |
|---|---|
| TROY O. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court sua sponte. On February 20, 2013, the Honorable Graham C. Mullen granted Plaintiff's "Application to Proceed In District Court Without Prepaying Fees or Costs." To date, a summons has not issued.

**NOW THEREFORE IT IS ORDERED** that:

1. The time for serving process is extended one hundred and twenty (120) days.

2. The Clerk shall prepare process and deliver same to the U.S. Marshal. The U.S. Marshal shall serve process upon the Defendant as provided under the Federal Rules of Civil Procedure.

**SO ORDERED**.

Signed: June 7, 2013

David S. Cayer
United States Magistrate Judge

1