**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.: 3:12-CV-790**

| | | |
|---|---|---|
| TROY MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** upon Plaintiff's Motion for

Voluntary Dismissal (Doc. No. 16). Plaintiff notes that he has conferred with the

Defendant, who is unopposed to his Motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Voluntary

Dismissal (Doc. No. 16) is hereby **GRANTED** and this case is **DISMISSED** with

prejudice. The Clerk of Court is directed to close this civil case.

**SO ORDERED.**

Signed: November 27, 2013

Graham C. Mullen
United States District Judge